IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:22-CR-00249-D-RN-1

**United States of America**,

v.

**Samuel Ray Jones,** a/k/a Sammy D,

Defendant.

**Order**

The United States has charged Samuel Ray Jones with six counts of distribution of a quantity of fentanyl, one count of possession with intent to distribute 40 grams or more of fentanyl, one count of possession of a firearm in furtherance of a drug trafficking crime, and one count of possession of a firearm by a felon. Indictment, D.E. 1.

The court set Jones's arraignment for February 16, 2023. Hr'g Notice, D.E 22. At the arraignment, Jones orally moved for new counsel, believing his relationship with his attorney had irrevocably broken down. *See* Minute Entry, D.E. 24. The court discussed this motion with Jones and his attorney, Mark A. Perry, at the February 16 hearing and orally granted the motion. *See id*. To memorialize the proceedings at the hearing, the court orders the following:

- The Federal Public Defender's office must appoint a new attorney to Jones within seven days from the date this order issues. Perry's representation of Jones will terminate once a new attorney enters an appearance in his case.

- Jones's arraignment is rescheduled for the March 27, 2023, term.

- The delay in continuing Jones's arraignment from February 16 to March 27 shall not be included in any Speedy Trial Act computation because "the ends of justice served by" continuing his arraignment "outweigh the best interest of the public and the defendant in

a speedy trial." 18 U.S.C. § 3161(h)(7)(A). A delay is necessary, considering the exercise of due diligence, to allow the newly appointed counsel a reasonable amount of time to prepare for the proceeding.

Dated: February 17, 2023

_____
Robert T. Numbers, II
United States Magistrate Judge