UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Criminal No. 5:22-CR-00249-1-D
Civil No. 5:25-CV-00039-1-D

|  |  |  |
|---|---|---|
| Samuel Ray Jones, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| United States of America, | ) | |
| | ) | |
| Respondent. | ) | |

Having examined petitioner's motion pursuant to Rule 4(b) of the Rules Governing § 2255

Proceedings, the United States Attorney is DIRECTED to file an Answer pursuant to Rule 5, Rules

Governing § 2255 Proceedings, or to make such other response as appropriate to the above-captioned

§ 2255 Motion to Vacate, Set Aside or Correct Sentence, within **forty (40)** days of the filing of this

order.

SO ORDERED. This _28_ day of February, 2026.

JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE

Case 5:22-cr-00249-D-RN    Document 84    Filed 03/02/26    Page 1 of 1