IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:22-CR-00249-D

| | |
|---|---|
| **Samuel Ray Jones**,<br><br>Petitioner<br>v.<br><br>**United States of America**,<br><br>Respondent. | **Order** |

Petitioner Samuel Ray Jones has filed a § 2255 motion to vacate, set aside, or correct his sentence. Mot., D.E. 80. The motion contends that one of his former attorneys, Erin Wilson, Esquire, did not file a notice of appeal. *Id*. The court has referred the matter to the undersigned to conduct an evidentiary hearing. Order, D.E. 97.

The court will hold an evidentiary hearing limited solely to the notice of appeal issue. The hearing will take place on Thursday, December 17, 2026 at 10:00 a.m. in the Terry Sanford Federal Building in Raleigh, North Carolina. The Clerk of Court and United States Marshal shall take the necessary steps to ensure that the Petitioner is present at the hearing.

The Federal Public Defender is directed to oversee the appointment of counsel for Petitioner on this issue. The Government should ensure the attendance of Ms. Wilson, the subject of the ineffective assistance claim, at the hearing.

No later than Friday, December 11, 2026, counsel for each side shall:

1. File a list of witnesses counsel expects to call at the hearing. The witness list shall specify the subject matter of each witness's testimony and provide an estimate of the length of direct examination for each witness.

2. Submit two notebooks to the court that contain the exhibits each party intends to offer at the hearing, except for exhibits used solely for impeachment purposes.

The court reminds the parties that under Local Rule 24.1 if a party intends to use courtroom technology, including but not limited to any audio equipment, video equipment, or the document presentation system, counsel must notify the case manager and request training from the court's information technology staff for the person or persons who will be operating the courtroom technology. No later than seven days prior to the hearing, counsel must file a certification provided by the court's technology staff that they have completed the required training.

Dated: November 16, 2026

Robert T Numbers II

Robert T. Numbers, II
United States Magistrate Judge